UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA



MINUTE ENTRY

**13-20242 PWK Timberland, LLC    Chapter: 11**

(1)   Amended Disclosure Statement for Chapter 11

(2)   Motion to Determine Impaired Status of Claims on behalf of
      PWK Timberland, LLC

**APPEARANCES:**

No appearances

**RULING:** The dispute between the debtor and the Withdrawing Members has been resolved and the parties will seek approval of their compromise.

**ORDER TO BE PREPARED BY:** N/A

Date:   October 19, 2015