UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

IN RE:
PWK TIMBERLAND, LLC					CASE NO. 13-20242

## SETTLEMENT AGREEMENT

**BE IT KNOWN**, before the undersigned Notaries Public, in and for the Parishes/Counties and respective States and in the presence of the undersigned competent witnesses, personally came and appeared:

> PWK TIMBERLAND, L.L.C., a Louisiana limited liability company, Tax ID # XX-XXX2824, domiciled at Lake Charles, Calcasieu Parish, Louisiana, whose mailing address is 1401 Ryan Street, Lake Charles, Louisiana 70601-5918 ("PWK"), appearing through Sam Y. Pruitt, its duly authorized President, CEO and Manager;

and the following individuals individually and collectively referred to as "Withdrawing Members:"

> Esther White Goldstein, a person of the full age of majority, Social Security Number XXX-XX-3183, domiciled in Charlotte, North Carolina, whose mailing address for purposes of this document is 5223 Sunningdale, Charlotte, NC 28277-2681;

> Daniel Merritt Goldstein, a person of the full age of majority, Social Security Number XXX-XX-4964, domiciled in Charlotte, North Carolina, whose mailing address for purposes of this document is 5223 Sunningdale, Charlotte, NC 28277-2682;

> Melissa Catherine Goldstein, Social Security Number XXX-XX-1898, a minor domiciled in Charlotte, North Carolina, represented by her father Scott Kevin Goldstein, as Administrator, whose mailing address for purposes of this document is 5223 Sunningdale, Charlotte, NC 28277-2682;

> Herman Aubrey White, III, a person of the full age of majority, Social Security Number XXX-XX-3177, domiciled in Lake Charles, Louisiana, whose mailing address for purposes of this document is 4109 Maidstone Drive, Lake Charles, LA 70605;

> Tiffany Leigh White, Social Security Number XXX-XX-0861, a minor domiciled in Lake Charles, Louisiana, represented by her father Herman Aubrey White, III, as Administrator, whose mailing address for purposes of this document is 4109 Maidstone Drive, Lake Charles, LA 70605; and

Brittany Elisabeth White, Social Security Number XXX-XX-8111, a minor domiciled in Lake Charles, Louisiana, represented by her father Herman Aubrey White, III, as Administrator, whose mailing address for purposes of this document is 4109 Maidstone Drive, Lake Charles, LA 70605

who upon being duly sworn did depose and state as follows:

WHEREAS, prior to the events outlined below, Withdrawing Members are believed to have been the owners of the following membership units in PWK TIMBERLAND, L.L.C., hereinafter referred to as the "Property:"

| Withdrawing Members | Tendered Units |
| --- | --- |
| Esther White Goldstein | 47.5800 |
| Daniel Merritt Goldstein | 1.43 |
| Melissa Catherine Goldstein | 1.43 |
| Herman Aubrey White, III | 51.53801 |
| Tiffany Leigh White | 1.43 |
| Brittany Elisabeth White | 1.43 |
| Total | 104.83805 |

WHEREAS, by various letters and communications in January, 2011, each Withdrawing Member tendered their respective ownership interests in the Property to PWK Timberland, L.L.C. pursuant to Article XII, Section 2 of the Articles of Organization of PWK Timberland, L.L.C. By virtue of their respective tenders, each Withdrawing Member is a "tendering member" of PWK Timberland, L.L.C.

WHEREAS, on June 3, 2011, each Withdrawing Member joined with other tendering members of PWK Timberland, L.L.C. in filing a lawsuit against PWK Timberland, L.L.C. in the matter captioned *Melissa White Harper, Lillian Ruth Harper, Rachel Elizabeth Harper, Sarah Virginia Harper, James Roland Harper, IV, Esther White Goldstein, Daniel Merritt Goldstein, Melissa Catherine Goldstein, Herman Aubrey White, III, Tiffany Leigh White and Brittany Elisabeth White vs. PWK Timberland, LLC*, number 2011-2533 on the docket of the 14th Judicial District

Court, Parish of Calcasieu, State of Louisiana.

WHEREAS, on July 5, 2011, each Withdrawing Member joined with other tendering members of PWK Timberland, L.L.C. in filing a lawsuit against PWK Timberland, L.L.C. in the matter captioned *Melissa White Harper, Lillian Ruth Harper, Rachel Elizabeth Harper, Sarah Virginia Harper, James Roland Harper, IV, Esther White Goldstein, Daniel Merritt Goldstein, Melissa Catherine Goldstein, Herman Aubrey White, III, Tiffany Leigh White and Brittany Elisabeth White vs. PWK Timberland, LLC*, number 2011-2876-A on the docket of the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana.

WHEREAS, on various dates up and through August, 2015, each Withdrawing Member filed a Proof of Claim, as amended, against PWK in the matter captioned *IN RE: PWK Timberland, LLC, Debtor in Possession*, Case No. 13-20242, Chapter 11, on the docket of The United States Bankruptcy Court, Western District of Louisiana, Lake Charles Division.

WHEREAS, the pleadings in the referenced lawsuits and Proofs of Claim speak for themselves concerning the claims made by each Withdrawing Member against PWK.

WHEREAS, by various and separate checks, PWK made dividend, mineral and royalty income, and interest payments to each Withdrawing Member.

WHEREAS, PWK and Withdrawing Members reached an agreement whereby PWK conveyed various mineral and royalty interests to, or for the benefit of, Withdrawing Members.

WHEREAS, among other matters, Article XII, Section 2 of the Articles of Organization of PWK Timberland, L.L.C. provides for the conveyance of Tendered Units by Withdrawing Members at an "Agreement Price," with the remaining members of PWK having a right of first refusal to purchase the Tendered Units and, failing such, obligating PWK Timberland, L.L.C. to purchase the

Tendered Units.

WHEREAS, the Agreement Price together with any and all claims for damage any Withdrawing Member may have against PWK and/or any of its members, managers, directors, officers, employees, agents, affiliates, subsidiaries, successors, assigns, accountants, attorneys, and representatives plus any interest which may be due on any sum or claim from any date has been determined to be $37,000.00 per Tendered Unit.

WHEREAS, PWK and Withdrawing Members desire to compromise and settle their differences and claims against each other and their respective members, managers, directors, officers, employees, agents, affiliates, subsidiaries, successors, assigns, accountants, attorneys, and representatives as the case may be whether known or unknown, including compromising and settling all claims asserted by either as described in the above referenced lawsuits and Proofs of Claim, or which could have been brought by either, relating to or arising out of Withdrawing Members' ownership of any interest in PWK.

WHEREAS, Withdrawing Members, and each of them, desire to convey the Property to PWK in exchange for the cash payment provided below to be paid by PWK.

NOW THEREFORE, in consideration of THREE MILLION, EIGHT HUNDRED SEVENTY-NINE THOUSAND, EIGHT AND 00/100 DOLLARS ($3,879,008.00) cash to be paid upon approval of this settlement by the Bankruptcy Court but not less than 60 days of October 20, 2015 or thereafter at the election of a Withdrawing Member payable as follows:

| | |
|---|---|
| Esther White Goldstein | $1,760,461 |
| Daniel Merritt Goldstein | $ 52,910 |
| Melissa Catherine Goldstein | $ 52,910 |
| Herman Aubrey White, III | $1,906,906 |
| Tiffany Leigh White | $ 52,910 |
| Brittany Elisabeth White | $ 52,910 |

Total - - - $3,879,008.00

and the other good and valuable consideration provided in this document, Withdrawing Members, and each of them, agrees to sell, transfer and deliver in full ownership, effective January 31, 2011, the Property, with full warranty of title and with full subrogation in and to all of Withdrawing Members' rights and actions of warranty of title which Withdrawing Members have or may have against previous owners and with all rights of prescription, both liberative and acquisitive, unto PWK.

Despite the fact that the conveyance of the Property by Withdawing Members to PWK is effective January 31, 2011, PWK agrees not to seek reimbursement of any of the cash payments previously made by it to any Withdrawing Members as described above.

Withdrawing Members, and each of them, further agree that, upon Closing, insofar as their interest is concerned, the above described lawsuits and Proofs of Claim, as finally amended, shall be dismissed with prejudice and they shall cooperate with PWK in all reasonable manner in concluding its Bankruptcy Proceedings.

Withdrawing Members, and each of them, individually, and their heirs, successors, and assigns, shall, upon payment of the sums set for above, release, acquit, and forever discharge PWK, and its members, managers, directors, officers, employees, agents, affiliates, subsidiaries, successors, assigns, accountants, attorneys, and representatives, from any and all claims, demands, causes of action, suits, liens, debts, damages of any sort, in law or in equity, whether in contract, tort, strict liability, promises, or obligations of any character whatsoever Withdrawing Members and/or any of them, may have, if any, whether known or unknown, asserted in the lawsuits and/or Proofs of Claim described above or unasserted, direct or indirect, against PWK, its members, officers, managers,

directors, employees, agents, affiliates, subsidiaries, successors, assigns, accountants, attorneys, and representatives arising out of or related to Withdrawing Members' ownership interests in PWK.

PWK shall, upon the closing of this transaction, release, acquit, and forever discharge Withdrawing Members, individually, their officers, managers, directors, employees, agents, affiliates, subsidiaries, successors, assigns, accountants, attorneys, and representatives, from any and all claims, demands, causes of action, suits, liens, debts, damages of any sort, in law or in equity, whether in contract, tort, strict liability, promises, or obligations of any character whatsoever PWK may have, if any, whether known or unknown, asserted in the lawsuits described above or unasserted, direct or indirect, against Withdrawing Members arising out of or related to Withdrawing Members' ownership interest in PWK.

If either party institutes any proceeding, claim or action, at law or in equity, in connection with or arising out of the terms, conditions, covenants and agreements contained in this Settlement Agreement, the non-prevailing party in any such action, claim or proceeding shall reimburse the prevailing party for reasonable attorneys' fees, costs and other expenses incurred in connection with such proceeding or action after final and non-appealable judgment.

This agreement is entered into for the purpose of making peace, and to limit the hazards and uncertainty of litigation. Neither the settlement nor anything herein shall be considered an admission by any party hereto.

This agreement contains the entire agreement between the parties and supersedes any and all prior agreements, arrangements, or understandings between the parties. No oral understandings, statements, promises, or inducements contrary to the terms of this agreement exist. This agreement cannot be changed or terminated orally.

All parties signing the within instrument either as parties or as witnesses, have declared themselves to be of full legal capacity.

All agreements and stipulations herein, and all the obligations herein assumed shall inure to the benefit of and be binding upon the heirs, successors, and assigns of the respective parties.

Last Page of Text

Signatures of Following Pages

THUS DONE, READ AND SIGNED on this 23 day of October, 2015 in the presence of me, Notary Public and the undersigned competent witnesses.

WITNESSES:

_Fran Bortz_ (signature)    _Esther White Goldstein_ (signature)
Fran Bortz
[Print Witness Name]                  **Esther White Goldstein**

_Lana M. Shoe_ (signature)
Lana M. Shoe
[Print Witness Name]

_Ezio S Palomeque_ (signature)
NOTARY PUBLIC
My commission expires: Aug 11, 2019
Ezio S Palomeque
[Print Notary Name and Identification Number]

THUS DONE, READ AND SIGNED on this ____ day of October, 2015 in the presence of me, Notary Public and the undersigned competent witnesses.

WITNESSES:

_____    _____
                                **Daniel Merritt Goldstein**

_____
[Print Witness Name]

_____
[Print Witness Name]

_____
NOTARY PUBLIC
My commission expires:_____

_____
[Print Notary Name and Identification Number]

THUS DONE, READ AND SIGNED on this ____ day of October, 2015 in the presence of me, Notary Public and the undersigned competent witnesses.

WITNESSES:

_____                    _____
                                                  **Esther White Goldstein**

_____
[Print Witness Name]

_____

_____
[Print Witness Name]

_____
NOTARY PUBLIC
*My commission expires:*_____

_____
[Print Notary Name and Identification Number]

THUS DONE, READ AND SIGNED on this 23 day of October, 2015 in the presence of me, Notary Public and the undersigned competent witnesses.

WITNESSES:

_____/s/ Jazmine Bunn_____                        _____/s/ Daniel Goldstein_____
                                                  **Daniel Merritt Goldstein**
Jazmine Bunn
[Print Witness Name]

_____/s/ Jennifer Meeder_____
Jennifer Meeder
[Print Witness Name]

_____/s/ Marcus Payden_____
NOTARY PUBLIC
*My commission expires:* Feb 10 2020
Marcus Payden
[Print Notary Name and Identification Number]

[Notary Seal: MARCUS PAYDEN, NOTARY PUBLIC, WAKE COUNTY, NC, MY COMMISSION EXPIRES FEBRUARY 10, 2020]

Page 8 of 11 Pages

THUS DONE, READ AND SIGNED on this 20th day of October, 2015 in the presence of me, Notary Public and the undersigned competent witnesses.

WITNESSES:

_____
Tammie Alexander
[Print Witness Name]

_____
Janie K. Lalanne
[Print Witness Name]

_____
Melissa Catherine Goldstein
BY: SCOTT KEVIN GOLDSTEIN
ADMINISTRATOR AND AGENT

_____
NOTARY PUBLIC
My commission expires: At Death
Kathryn G. Matte  #7210
[Print Notary Name and Identification Number]

THUS DONE, READ AND SIGNED on this 20th day of October, 2015 in the presence of me, Notary Public and the undersigned competent witnesses.

WITNESSES:

_____
Tammie Alexander
[Print Witness Name]

_____
Janie K. Lalanne
[Print Witness Name]

_____
Herman Aubrey White, III

_____
NOTARY PUBLIC
My commission expires: At Death
Kathryn G. Matte  #7210
[Print Notary Name and Identification Number]

Page 9 of 11 Pages

THUS DONE, READ AND SIGNED on this 20th day of October, 2015 in the presence of me, Notary Public and the undersigned competent witnesses.

WITNESSES:

_Tammie Alexander_ (signature)
Tammie Alexander
[Print Witness Name]

_Janie K. Lalanne_ (signature)
Janie K. Lalanne
[Print Witness Name]

_Tiffany Leigh White_ (signature)
Tiffany Leigh White
by: H. Aubrey White Jr.
Administrator and agent

_Kathryn J. Matte_ (signature)
NOTARY PUBLIC
*My commission is for life.*
Kathryn G. Matte   #7210
[Print Notary Name and Identification Number]

THUS DONE, READ AND SIGNED on this 20th day of October, 2015 in the presence of me, Notary Public and the undersigned competent witnesses.

WITNESSES:

_Tammie Alexander_ (signature)
Tammie Alexander
[Print Witness Name]

_Janie K. Lalanne_ (signature)
Janie K. Lalanne
[Print Witness Name]

_Brittany Elisabeth White_ (signature)
Brittany Elisabeth White
by: H. Aubrey White Jr.
Administrator and agent

_Kathryn J. Matte_ (signature)
NOTARY PUBLIC
*My commission is for life.*
Kathryn G. Matte   #7210
[Print Notary Name and Identification Number]

THUS DONE, READ AND SIGNED on this 9th day of ~~October~~ November, 2015 in the presence of me, Notary Public and the undersigned competent witnesses.

WITNESSES:

_____
_____
[Print Witness Name]

_____
A. J. Granger
[Print Witness Name]

PWK TIMBERLAND, L.L.C.

BY: _____
SAM Y. PRUITT, duly authorized
President, Chief Operating Officer,
and Manager

_____
NOTARY PUBLIC
*My commission is for life.*

_____
[Print Notary Name and Identification Number]

**Cynthia P. Honore'**
Notary Public, ID #6884
Calcasieu Parish, State of Louisiana
Commission Expires at Death