UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE:
PWK TIMBERLAND, LLC            CASE NO. 13-20242
DEBTOR IN POSSESSION            CHAPTER 11

## EMERGENCY MOTION TO INCUR SECURED DEBT

The debtor, PWK TIMBERLAND, LLC, by its attorney, GERALD J. CASEY, respectfully represents:

1.

Debtor filed its Chapter 11 Petition on March 22, 2013 and is operating its business as Debtor-in-Possession.

2.

Debtor shows the court that in order to fund the settlement agreement as detailed in the Motion and Order Authorizing Debtor to Enter Into a Settlement Agreement filed by debtor on November 13, 2015 (Docket #581) it is necessary that it be authorized to incur debt in an amount up to $950,000.00. The combination of funds on hand and the borrowed funds will be used to fund the Settlement Agreement.

3.

Time is of the essence, and debtor needs the monies in order to satisfy the deadline set out in the settlement agreement. A separate motion to shorten notice delays will be filed herein.

4.

Debtor desires to obtain a secured loan to the limit of $950,000.00 from Farmer's & Merchant's Bank or any other financial institution secured by a lien on debtor's real estate listed in the attached Exhibit A, property of the estate not otherwise subject to a lien.

5.

Farmer's & Merchant's Bank have agreed to extend credit to the debtor in the above-

described amounts if so approved by this court.

6.

Debtor herein further represents that this activity is within the ordinary course of business and that it should be authorized and directed to execute any and all required documentation incidental to the implementation of the order sought herein.

WHEREFORE DEBTOR PRAYS that after notice of and hearing upon this motion, an order be made permitting the debtor to obtain a secured loan to a limit of $950,000.00 (NINE HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS) to be secured by a lien on Debtor's Real Property unencumbered property of the debtor's estate.

DATED: November 16, 2015          Respectfully Submitted by:

    /s/ Gerald J. Casey
Gerald J. Casey
ATTORNEY FOR DEBTOR
613 Alamo Street
Lake Charles, LA 70601
(337) 474-5005

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November 2015 Emergency Motion to Incur Secured Debt has been sent to the debtor; PWK Timberland, LLC, 1401 Ryan Street, Lake Charles, LA 70601; Mr. Ronald J. Bertrand, Attorney at Law, 714 Kirby Street, Lake Charles, LA 70601; Mr. J. Michael Veron, Veron, Bice, Palermo and Wilson, LLC, PO Box 2125, Lake Charles, LA 70602 by US Mail and by using CM/ECF system to Ronald J. Bertrand at Rjblawoffice@aol.com and J. Michael Veron at mike@veronbice.com and US Trustee at richard.drew@usdoj.gov and USTPRegoin05.SH.ECF@usdoj.gov and Franceshewitt@usdoj.gov.

/s/ Gerald J. Casey
GERALD J. CASEY #3967