## **Exhibit A**

**(1) T9S, R7W**
Section 25:
141 acres, unimproved agriculture land – Iowa tract, Calcasieu Parish, LA

Described as following:
Eastern-most 141 acres in an East-West rectangle in the South Half (S/2) of Section 25, the East boundary is the East section line, the North boundary the SP Railroad right-of-way, and the South boundary the North right-of-way line of U.S. Highway 90.


**(2) T9S, R7W**
Section 31:

123.84 acres more or less, unimproved timberland at Manchester and McCown Roads, Calcasieu Parish, LA

Described as following:
A strip of land 200 feet wide along the entire East side of Section 31; Southeast Quarter (SE/4), less 200 foot strip on East for canal described above, and less the North 693 feet more or less, formerly assessed to Harvey C. Marshall and currently assessed to James R. Welch et al, and less a strip 150 feet wide more or less, and 206 feet long more or less, along East side of Southwest Quarter (SW/4) of Section 31, bounded on the North by land formerly owned by Harvey C. Marshall and currently assessed to James R. Welch et al, and on the West by land formerly owned by Lake Charles Suburban Acres, Inc. and currently owned by Roger Dale and Shirley Morgan, and on the South by a public road, and on the East by the Southeast Quarter (SE/4) of Section 31, Township 9 South, Range 7 West, being **123.84** acres more or less.

**(3) 1401 RYAN STREET from MENTESANA, et al. Effective July 16, 2001 PWK Office Building**
Lot 2B, Block 5, Peake Subdivision, 61 feet by 162 1/2 feet. Located in Calcasieu Parish, LA
**The following properties are two Supplemental PWK Timberland tracts:**

**(4) T10S, R7W**
Section 17:
216.82 acres more or less, unimproved timberland, Calcasieu Parish, LA

Described as following:

Beginning at the Southeast corner North 3073.2 feet; thence West 3073.2 feet; thence South 3073.2 feet; thence East 3073.2 feet to point of beginning, being **216.82** acres more or less.

**(5) T9S, R7W**
Section 30:
56.57 acres more or less, unimproved pasture land with barn, Calcasieu Parish, LA

Described as following:

East Half of the Northeast Quarter (E/2 NE/4), less 7 acres traded to A. F. Carter;
1 acre described as a strip of land commencing at a point where East line of right-of-way of Farmers Land and Canal Company canal strikes South or left bank of English Bayou, being 200 feet East of West line of East Half of the Northeast Quarter (E/2 NE/4), Section 30, Township 9 South, Range 7 West, thence South 435.6 feet, thence East 100 feet, thence North 436.6 feet to said Bayou; more or less