UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE:
PWK TIMBERLAND, LLC                                    CASE NO. 13-20242
DEBTOR IN POSSESSION                                   CHAPTER 11

## **DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE**

NOW COMES the debtor, PWK TIMBERLAND, LLC, through undersigned counsel who moves the court to dismiss its Chapter 11 proceeding for the following reasons, to wit;

1.

The debtor filed for relief under chapter 11 of bankruptcy code on March 22, 2013. A Plan and Disclosure Statement have been filed, but neither has been approved as of this writing. There are no hearings pending in this case.

2.

All of the creditor's in this case have been satisfied in this case, either by direct payment or by settlement and compromise that has been noticed to all creditors and approved by this court.

3.

There is no good reason to continue this case. The debtor does not have any debt and there is no reason remain in this Chapter 11 proceeding or to continue to incur the additional fees necessary to continue this bankruptcy proceeding. The debtor is not seeking a discharge and understands that none will be given if this case is dismissed.

4.

The debtor will file the November 2015 Monthly Report and the December 2015 final monthly report on or before December 17, 2015 (covering the month of December 2015). The final Monthly Report will cover the period from December 1, 2015 through December 10, 2015. There will be no disbursements by PWK after December 10, 2015. The reporting requirements will end on December 10, 2015. The debtor will be prepared to pay the final quarterly fees to the U.S. Trustee's Office on December 17, 2015.

WHEREFORE, after notice and hearing, the debtor moves this honorable court to enter an order dismissing this case and closing the estate as provided by law.

Dated: November 24, 2015

/s/ Gerald J. Casey
GERALD J. CASEY
Attorney for Debtor
613 Alamo Street
Lake Charles, LA 70601
(337) 474-5005

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November 2015 Motion to Dismiss Chapter 11 Case has been sent to the debtor; PWK Timberland, LLC, 1401 Ryan Street, Lake Charles, LA 70601; Mr. Ronald J. Bertrand, Attorney at Law, 714 Kirby Street, Lake Charles, LA 70601; Mr. J. Michael Veron, Veron, Bice, Palermo and Wilson, LLC, PO Box 2125, Lake Charles, LA 70602 by US Mail and by using CM/ECF system to Ronald J. Bertrand at Rjblawoffice@aol.com and J. Michael Veron at mike@veronbice.com and The Gray Law Firm, PO Box 1467, Lake Charles, LA 70602-1467 and US Trustee at richard.drew@usdoj.gov and USTPRegoin05.SH.ECF@usdoj.gov and Franceshewitt@usdoj.gov.

/s/ Gerald J. Casey
GERALD J. CASEY #3967