**SO ORDERED.**

**SIGNED November 30, 2015.**



_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:     PWK TIMBERLAND, LLC          :     Case No. 13-20242
           Debtor in Possession          :     CHAPTER 11

## O R D E R

The Debtor's Emergency Motion to Incur Secured Debt (Docket #585) filed on or about November 16, 2015 and noticed to all creditors and parties in interest on November 16, 2015 and the same having been duly considered without objection, and after hearing on November 19, 2015 it is

ORDERED that the prayer of said motion be and it hereby is granted, and the debtor is authorized to obtain secured debt to a limit of $950,000.00 (NINE HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS) from Farmers & Merchants Bank or any other financial institution to be secured by debtor's real property described in the attached Exhibit A, property of the estate not otherwise subject to a lien.

IT IS FURTHER ORDERED that the debtor is authorized and directed to execute any and all required documentation incidental to the implementation of the order sought herein.

###

Gerald J. Casey #3967
Attorney for Debtor
613 Alamo Street
Lake Charles, LA  70601
(337) 474-5005