

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA**

MINUTE ENTRY

13-20242 **PWK Timberland, LLC**   Chapter: 11

**Motion to Dismiss Case on behalf of PWK Timberland, LLC**

**APPEARANCES:**

**Gerald J. Casey representing DIP
Ronald Bertrand for Withdrawing Members**

**RULING:** Motion is granted. The parties will submit an order of dismissal when Mr. Casey and Mr. Bertrand agree that all requirements for dismissal have been satisfied.

**ORDER TO BE PREPARED BY:** Parties

Date:  December 17, 2015